UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YONA SOSA,

                          **Plaintiff,**                    20-CV-04780 (PGG)(SN)

    -against-                                     **ORDER**

ELECTRIC ANIMAL LLC d/b/a SANI PACKZ,

                          **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 22, 2020, the Plaintiff filed the Complaint, and subsequently filed an amended complaint on July 29, 2020.  As of January 4, 2021, the defendant has not yet made an appearance or otherwise answered or responded to the Complaint. Furthermore, there is no proof of service on the docket. The Plaintiff is directed to file proof of service or, in the alternative, why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), no later than January 11, 2021.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      January 7, 2021
                 New York, New York